PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

| | |
|---|---|
| Name of Individual Under Supervision: RICHARDSON, Derrick | Cr.: 14-00375-001 |
| | PACTS #: 387932 |

Name of Sentencing Judicial Officer:   THE HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/11/2016

Original Offense:   Possession of a Firearm by a Convicted Felon

Original Sentence: 120 months imprisonment; 3 years supervised release; $100 Special Assessment

Special Conditions: 1) alcohol and drug testing/treatment; 2) refrain from any crime/threat group association; and 3) mental health treatment

Type of Supervision: Supervised Release             Date Supervision Commenced: 06/20/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On July 19, 2023, Richardson admitted using MDMA (ecstasy) and cannabis (without a valid prescription). He has been referred to therapeutic counseling and is in the process of enrolling in the State's Medicinal Cannabis Program. |
| 2 | Since the onset of supervision, the offender has been unemployed without a viable excuse. |

U.S. Probation Officer Action: Probation will present this document to Richardson. The noncompliance detailed herein may be included in a violation report if the Probation Office deems fit and noncompliance continues.

Prob 12A – page 2
RICHARDSON, Derrick

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: JOSEPH EMPIRIO
Senior U.S. Probation Officer

/ jae

APPROVED:

_____   07/24/2023
KEVIN M. VILLA                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Probation will present this document to the offender as a written reprimand issued under the authority of the United States District Court *(PROBATION RECOMMENDED)*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

7/24/2023
Date